# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SEAN REILLY,

    Petitioner,

v.                              Case No. 4:18cv225-MW/CAS

MARK S. INCH, Secretary,
Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 35, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 43. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 22, is **DENIED**. Petitioner's motion for appointment of counsel, ECF No. 32 and motion for an evidentiary hearing, ECF No. 33, are **DENIED**. Petitioner's Renewed Motion for Appointment of Counsel, ECF No. 42, and Motion Requesting Financial Assistance for the Appointment of a Mental Health Expert, ECF No. 41, are **DENIED**. Finally, a Certificate of

1

Appealability and leave to appeal *in forma pauperis* are **DENIED**." The Clerk shall also close the file.

**SO ORDERED on December 16, 2019.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**